```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
                      CORPUS CHRISTI DIVISION
```

| | |
|---|---|
| GEORGE A. JADUE,           § | |
| § | |
| Plaintiff,   § | |
| v.                          § | Civil Action |
| § | No. C-06-365 |
| MICHAEL CHERTOFF, SECRETARY § | |
| OF DEPARTMENT OF HOMELAND   § | |
| SECURITY,                   § | |
| § | |
| Defendant.   § | |
| § | |

## FINAL JUDGMENT

In accordance with this Court's Order GRANTING the parties' joint motion to dismiss the above-styled action (D.E. 45), the Court hereby enters final judgment DISMISSING this case, without prejudice.

SIGNED and ENTERED on this 19th day of June, 2007.

_____
Janis Graham Jack
United States District Judge